UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF<br>THE EXTRADITION OF<br><br>KRZYSZTOF LEBIEDZIŃSKI | No. 20 CR 842<br><br>Jeffrey T. Gilbert<br>MAGISTRATE JUDGE |

**PROTECTIVE ORDER**

Upon the agreed motion of the government, it is hereby ORDERED:

1. The materials produced on or about March 5, 2021 ("the materials"), by the government to counsel for Krzysztof Lebiedziński ("relator") are to be used by relator and his counsel solely in connection with this case, and for no other purpose, and in connection with no other proceeding, without further order of this Court.

2. Relator and his counsel shall not disclose the materials or their contents directly or indirectly to any person or entity other than persons employed to assist relator and his counsel in this litigation (collectively, "authorized persons"). Relator, relator's counsel, and authorized persons shall not disclose the materials or their contents directly or indirectly to any person or entity outside of the United States without prior authorization from the Court.

3. Relator, relator's counsel, and authorized persons shall not copy or reproduce the materials except in order to provide copies of the materials for use in connection with this case by relator, relator's counsel, and authorized persons. Such

copies and reproductions shall be treated in the same manner as the original materials.

4. Relator, relator's counsel, and authorized persons shall not disclose any notes or records of any kind that they make in relation to the contents of the materials, other than to authorized persons, and all such notes or records are to be treated in the same manner as the original materials.

5. Before providing materials to an authorized person, counsel for relator must provide the authorized person with a copy of this Order and require the authorized person to sign a statement acknowledging that the authorized person has received a copy of and reviewed this Order, and has agreed to be bound by its terms and conditions subject to sanctioning by the Court for any violations of this Order. Relator's counsel shall maintain a copy of the signed statement of each authorized person for a period of twelve months after the conclusion of all stages of this case, and shall provide copies of the signed statement of each authorized person to the government upon request.

6. Upon conclusion of all stages of this case, all of the materials and all copies made thereof shall be disposed of in one of three ways, unless otherwise ordered by the Court. The materials may be (1) destroyed; (2) returned to the United States; or (3) retained in relator's counsel's case file. The Court may require a certification as to the disposition of any such materials. In the event that the materials are retained by relator's counsel, the restrictions of this Order continue in effect for as long as the materials are so maintained, and the materials may not be

disseminated or used in connection with any other matter without further order of the Court.

7. To the extent any material is produced by the United States to relator or relator's counsel by mistake, the United States shall have the right to request the return of the material and shall do so in writing. Within five days of the receipt of such a request, relator and/or relator's counsel shall return all such material if in hard copy, and in the case of electronic materials, shall certify in writing that all copies of the specified material have been deleted from any location in which the material was stored.

8. The restrictions set forth in this Order do not apply to documents that are or become part of the public court record, including documents that have been received in evidence at other trials, nor do the restrictions in this Order foreclose relator's counsel in the use of discovery materials in judicial proceedings in this case. Relator, relator's counsel, and authorized persons shall not, however, file on the public docket or otherwise make public the materials or any part of their contents or substance without prior authorization from the Court.

9. Nothing contained in this Order shall restrict the government's use or retention of the materials or preclude any party from applying to this Court for further relief or for modification of any provision hereof.

ENTERED:

_____
Jeffrey T. Gilbert
MAGISTRATE JUDGE

3

Date: 4/1/2021